## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

ROBERTO JHA MARLEY ST.
VICTOR, A233 766 201, BOP
Register No. 36858-506,

      Petitioner,

      v.

ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

      Respondents.

CIVIL ACTION NO. 3:26-cv00666

(SAPORITO, J.)

## ORDER

AND NOW, this 14th day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.     The amended petition (Doc. 7) is **DISMISSED** in part for lack of subject matter jurisdiction, in part as moot, and in part as premature— it is dismissed for lack of subject matter jurisdiction with respect to the petitioner's challenge to his final order of removal and to his removal proceedings, it is dismissed as moot with respect to the petitioner's challenge to his pre-removal-order detention, and it is dismissed as premature with respect to the petitioner's challenge to his post-removal-order detention; and

- 2 -

2.    The clerk is directed to mark this case as **CLOSED**.


                                   *s/Joseph F. Saporito, Jr.*
                                   JOSEPH F. SAPORITO, JR.
                                   United States District Judge